# AFFIDAVIT

1) **AFFIANT/AGENT.**

I, David Marcus, a Border Patrol Agent of the United States Border Patrol, Customs and Border Protection (USBP/CBP), have been employed by the USBP/CBP for 14 years and am currently assigned to the Grand Forks Sector Prosecutions Unit in Grand Forks, North Dakota.

Your affiant has reason to believe that GONZALEZ-Ramirez, Elio Bernardo (DOB: XX/XX/1985 COC: Mexico), possessed fraudulent permanent resident cards, a violation of 18 U.S.C. § 1546(a), and illegally re-entered the United States after being removed subsequent to a felony conviction in violation of 8 U.S.C. § 1326(a)(1) & (b)(2).

2) **SUMMARY OF PROBABLE CAUSE.**

On November 17, 2025, the Grand Forks Sector Intelligence Unit (GFN SIU) conducted surveillance on the primary commuting route of travel from Grand Forks, ND, to a job site employing illegal aliens in Mayville, ND. During the surveillance, agents observed a 2014 silver GMC truck bearing Texas plate SXY6397. Supervisory Border Patrol Agent Intelligence (SBPA-I) McIntee collected the license plate information for later record checks. SBPA-I McIntee conducted record checks of the vehicle and discovered that the registered owner was Elio Bernardo GONZALEZ-Ramirez (DOB: XX/XX/1985). Record checks revealed GONZALEZ was a match to a subject that had been assigned an Alien Registration number, had two prior immigration removals and a felony conviction for conspiracy with intent to distribute cocaine along with a prior Illegal Re-entry conviction. The records checks included photos of GONZALEZ from his prior removals.

On November 18 and 19, 2025, GFN SIU agents Lebow, Ritz, and Marcus conducted surveillance in Mayville, ND and was able to confirm that GONZALEZ's truck was in the parking lot adjacent to the construction site.

3) **ENCOUNTER.**

On November 20, 2025, at approximately 7:00 a.m., BPA-I's Ritz and Lebow observed a 2014 Silver GMC Sierra bearing Texas license plate SXY6397 at a construction site in Mayville, ND, near Mayville State University. The vehicle had been previously identified as being registered to a criminal illegal alien. The vehicle came to a stop in a parking lot on the corner of 3rd St. NE and 4th Ave. NE in Mayville, ND. BPA-I Lebow approached the passenger side of the vehicle and identified himself as United States Border Patrol Agent. He asked the driver if he had any identification, to which the driver said just a driver's license. BPA-I Ritz approached the driver side of the vehicle and asked the sole occupant if his name was Elio Bernardo, to which the driver responded with "oh…expletive". BPA-I's Ritz and Lebow both recognized GONZALEZ as matching the individual from the photos in the prior conducted records checks. GONZALEZ was

then instructed to exit the vehicle and was placed under arrest for being present in the United States illegally. At this time BPA-I Marcus arrived on scene. GONZALEZ was asked if he had any weapons or drugs on him during a brief pat down search. GONZALEZ stated that he had marijuana in his vehicle. GONZALEZ was placed in a Border Patrol vehicle. Shortly after, BPA-I Marcus advised GONZALEZ of his Miranda rights while recording with his body worn camera. GONZALEZ was then transported to the Grand Forks Border Patrol Sector Headquarters for processing.

4) **POST ARREST INVESTIGATION.**
On November 20, 2025, GONZALEZ was transported to Grand Forks Sector Headquarters where he was enrolled into the NGI/IDENT fingerprint identification system. The NGI/IDENT results revealed the following immigration and criminal history.

GONZALEZ is a citizen and national of Mexico.

5) **CRIMINAL HISTORY**

Date: 03/23/2011
Agency: Rio Grande City Police Department TX
Charge 1: Money Laundering
Charge 2: Conspiracy to Possess with Intent to Distribute Cocaine
Disposition: Guilty for charges 1 and 2. Sentenced to 46 Months Incarceration and 36 months supervised release. Subject was subsequently removed after serving his sentence.

Date: 6/15/2016
Agency: ICE/ERO Harlingen, TX
Charge: 8 USC 1326(a) & 1326(b) Being found in the U.S. after previous deportation
Disposition: Subject was convicted and sentenced to 21 months imprisonment.

6) **IMMIGRATION HISTORY**

Gonzalez had Lawful Permanent Resident Status, first acquired in 1999. After GONZALEZ was convicted in 2011 of possession with intent to distribute cocaine his permanent resident status was revoked, and he was removed by ICE/ERO.

Date: 12/05/2012
Agency: ICE/ERO in Pecos, TX
Charge 1: INA 237(a)(2)(A)(iii) Aggravated Felony Controlled Substance Trafficking
Disposition: Subject was encountered by ICE/ERO while serving a sentence for a felony drug conviction. Subject was processed as a NTA Detained, and ordered removed by an Immigration Judge. Subject was removed to Mexico on 8/15/2014 at Eagle Pass, TX.

Date: 5/23/2016
Agency: ICE/ERO Harlingen, TX
Charge: INA 212(a)(9)(C)(i)(II) Previously Ordered Removed and Entered or Attempted to Enter Without Being Admitted

Disposition: Subject was encountered by ICE/ERO for an arrest for possession of marijuana. Processed him for a reinstatement and prosecuted him for reentry after removal. Removed to Mexico on 12/12/2017 at Laredo, TX.

7) **MIRANDA RIGHTS/CONSULAR NOTIFICATION**.
On November 20, 2025, BPA-I Marcus notified GONZALEZ of his Miranda Rights per Service Form I-214.  GONZALEZ acknowledged his rights by signing Service Form I-214.  GONZALEZ was informed he did not have to answer any questions, and that he could stop the interview at any time and request an attorney.  GONZALEZ was willing to answer questions without an attorney present. During questioning, GONZALEZ stated he was born in Monterrey, Nuevo Leon, Mexico.  He stated he was a legal permanent resident of the United States from 1999 to 2014, but lost his permanent resident status.  GONZALEZ stated he contacted a lawyer for assistance to apply to re-enter the United States legally but was told because of his Conspiracy case the attorney could not help him.  He said he entered the United States near Roma, TX, by a bridge.  When asked if he was inspected by an immigration officer at a port of entry, GONZALEZ stated "no."

During an inventory search of GONZALEZ's vehicle, two fraudulent lawful permanent resident cards and a fraudulent Social Security card were found.  The fraudulent lawful permanent resident cards bared images of GONZALEZ and contained his accurate biographical information such as his name, alien registration number, and date of birth.  However, his photograph and the issue/expiration dates were fraudulent.  The Social Security Card displayed the name "ELIO B. GONZALEZ RAMIREZ." All the documents were missing known security features and were of poor construction.

In a separate interview, GONZALEZ was asked questions regarding the acquisition and use of the fraudulent social security card and permanent resident cards. When asked how he obtained the fraudulent documents he stated he purchased them from a counterfeiter at a flea market in Houston, TX.  GONZALEZ stated he used the fraudulent documents to get through an immigration checkpoint in Texas.  He also stated that he showed the fraudulent documents to gain employment with multiple employers in North Dakota.

GONZALEZ was advised of his right to Consular Communication.  He wished to speak to a Consular Official of his native country.  GONZALEZ spoke with the Mexican Consulate in Tucson, AZ.

In my experience, the above facts constitute a violation of violation of 18 U.S.C. § 1546(a), and 8 U.S.C. § 1326(a)(1) and (b)(2).

The foregoing is true and correct to the best of my knowledge and belief.

_____
David Marcus
United States Border Patrol Agent

Subscribed and sworn before me this 21st day of November, 2025, in Grand Forks ~~and Fargo~~, North Dakota, by telephone.

_____
Alice R. Senechal
United States Magistrate Judge

4